IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

No. 95-50419
Summary Calendar

_____

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

JESUS CASTANEDA CANCINO,

Defendant-Appellant.

- - - - - - - - - -
Appeal from the United States District Court
for the Western District of Texas
USDC No. EP-93-CR-424-8
- - - - - - - - - -
January 13, 1996

Before KING, GARWOOD and DENNIS, Circuit Judges.

PER CURIAM:*

This is a direct appeal of a guilty plea conviction for
conspiracy to possess marijuana with intent to distribute in
violation of 21 U.S.C. §§ 841 and 846.  The appellant argues that
his guilty plea was not knowing or voluntary; that the district
court erred in failing to make specific fact findings concerning
the quantity of marijuana that was reasonably foreseeable to him
under Rule 32 of the Federal Rules of Criminal Procedure; and
that the district court erred in not ordering the Government to
produce his coconspirators' debriefing statements for inspection.

---

* Pursuant to Local Rule 47.5, the court has determined that
this opinion should not be published and is not precedent except
under the limited circumstances set forth in Local Rule 47.5.4.

We find that appellant waived the right to appeal his sentence and do not consider the sentencing issue raised by appellant. We have reviewed the record and find no reversible error. Accordingly, we affirm appellant's conviction.

AFFIRMED.